# ELECTRONIC RECORD

COA # 06-14-00094-CR          OFFENSE: 22.02

Companion
case also

STYLE: Royce William Tawater v. The State of Texas          COUNTY: Hunt

COA DISPOSITION: Affirmed          TRIAL COURT: 354th District Court

DATE: 2/4/15          Publish: No          TC CASE #: 29,310

# IN THE COURT OF CRIMINAL APPEALS

**253-15**
**254-15**

STYLE: Royce William Tawater v. The State of Texas          CCA #: _____

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 04/29/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**